UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Stephen DiGiosa

Case No.: 19-15641 JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED PRIVATE SALE

_____Stephen DiGiosa_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, PO Box 2067, Camden, NJ 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny Jr.___ on ___September 14, 2021___ at ___11:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4C___, ___Camden, New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 1121 Ellis Mill Road  Glassboro, NJ 08028 |
|---|---|

| Proposed Purchaser: | Paul Oliver and Hazelann Oliver |
|---|---|

| Sale price: | $285,000.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Kristina Zingler |
|---|---|
| Amount to be paid: | 5% |
| Services rendered: | Assist with sale and marketing of property. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph J. Rogers, Esq

Address: 900 Route 168, Suite I-4, Turnersville, NJ 08021

Telephone No.: 856-228-7964 / fax:856-228-7965

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-15641-JNP |
| Stephen J DiGiosa | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf905 | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen J DiGiosa, 1121 Ellis Mill Road, Glassboro, NJ 08028-3214 |
| r | + | Kristina Zingler, Re/Max Community, 100 N. Black Horse Pike, Suite 200D, Williamstown, NJ 08094-1483 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518130632 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518130633 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 518130641 | + | Borough of Glassboro, Rosemary A. Turner, C.T.C., 1 South Main Street, Glassboro, NJ 08028-2539 |
| 518130634 | | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518199286 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518130636 | + | Consumer Cellular, 7204 SW Durham Road, Portland, OR 97224-7574 |
| 518212278 | + | Consumer Cellular, Attn Professional Credit Service, PO Box 7548, Springfield, OR 97475-0039 |
| 518130637 | + | Ebay, c/o Allied International Credit Corp., 6800 Paragon Place, Suite 400, Richmond, VA 23230-1654 |
| 518130638 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 518130639 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518130643 | + | HSBC Bank Nevada N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518130644 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518130645 | + | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |
| 518130646 | + | Lyons, Doughty & Veldhuis PC, PO Box 1269, Mt Laurel, NJ 08054-7269 |
| 518130650 | + | Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Turnpike, Suite 220, PO Box 9036, Syosset, NY 11791-9036 |
| 518130653 | + | Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 518130655 | + | Pressler Felt & Warshaw, LLp, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518130659 | + | RCTA, PO Box 25, Glassboro, NJ 08028-0025 |
| 518130658 | + | Raymour & Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 518189057 | + | Richwood Crossing Townhome Assoc., Inc., Paul Leodori, Esq., 61 Union St., Medford, NJ 08055-2432 |
| 518130662 | | Surge Mastercard, P.O. Box 8099, Newark, DE 19714-8099 |
| 518130664 | + | Synchrony Bank, 120 Corporate Blvd Ste 1, Portfolio Recovery Assoc., Norfolk, VA 23502-4952 |
| 518130670 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 518130667 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518130668 | + | Thomas Murtha, 140 Corproate Blvd., Norfolk, VA 23502-4952 |
| 518130671 | + | Two Owings Mills Corp, 10461 Mill Run Circle, Suite 825, Owings Mills, MD 21117-5549 |
| 518240972 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518130676 | + | Wf/bobs Fn, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Aug 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Aug 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 19-15641-JNP   Doc 63   Filed 08/20/21   Entered 08/21/21 00:12:43   Desc Imaged
                            Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: pdf905 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| 518130631 | | Email/Text: bnc@alltran.com | Aug 18 2021 20:29:00 | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 518154505 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 20:43:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518130647 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2021 20:43:56 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518270690 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2021 20:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518130640 | + | Email/Text: fggbanko@fgny.com | Aug 18 2021 20:29:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518130642 | + | Email/Text: bankruptcy@affglo.com | Aug 18 2021 20:29:00 | Global Credit and Collection Corp, 5440 N Cumberland Avenue Suite 300, Chicago, IL 60656-1486 |
| 518201678 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2021 20:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518130635 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 18 2021 20:43:45 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 518579339 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 20:43:39 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579338 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 20:43:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518130648 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2021 20:29:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 518198357 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2021 20:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518130649 | + | Email/Text: bankruptcy@sccompanies.com | Aug 18 2021 20:29:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518182206 | + | Email/Text: bankruptcy@sccompanies.com | Aug 18 2021 20:29:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518130651 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2021 20:29:00 | Overstock.com Inc., c/o Jefferson Capital Systems, LLC, 16 Mceland Rd, Saint Cloud, MN 56303-2198 |
| 518263350 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 20:43:55 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518263349 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 20:43:55 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518266105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 20:43:55 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518263345 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 20:43:38 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518263339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 20:43:46 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518130652 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2021 20:43:53 | Paypal Credit Services, PO Box 5138, Timonium, MD 21094-5138 |
| 518130654 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 20:43:38 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518196751 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2021 20:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

| | | | | |
|---|---|---|---|---|
| 518181169 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 18 2021 20:29:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518130657 | | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2021 20:43:53 | QVC, 1200 Wilson Drive at Studio Park, West Chester, PA 19380 |
| 518225218 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2021 20:29:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518130656 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 18 2021 20:29:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518250683 | + | Email/Text: bncmail@w-legal.com | Aug 18 2021 20:29:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518130660 | | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2021 20:43:54 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 518130661 | + | Email/Text: bankruptcy@sw-credit.com | Aug 18 2021 20:29:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 518130663 | + | Email/Text: bankruptcy@sccompanies.com | Aug 18 2021 20:29:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518544084 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2021 20:43:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518130665 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2021 20:43:37 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 518133271 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2021 20:43:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518130666 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Aug 18 2021 20:43:44 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518148953 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 18 2021 20:43:48 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518181742 | + | Email/Text: bncmail@w-legal.com | Aug 18 2021 20:29:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518182205 | + | Email/Text: bankruptcy@sccompanies.com | Aug 18 2021 20:29:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518199046 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 18 2021 20:29:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518130672 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 18 2021 20:29:00 | Us Bk Rms Cc, Po Box 108, Saint Louis, MO 63166 |
| 518130673 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 18 2021 20:29:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 518130674 | + | Email/Text: bankruptcy@webbank.com | Aug 18 2021 20:29:00 | Webbank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |
| 518130675 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 18 2021 20:29:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518130669 | ##+ | Thomas Murtha, Portfolio Recovery Associates, LLC, PO Box 283, Wenonah, NJ 08090-0283 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Stephen J DiGiosa jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5