Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 19−15641−JNP
    Chapter: 13
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen J DiGiosa
   aka Stephen Joseph DiGiosa
   1121 Ellis Mill Road
   Glassboro, NJ 08028

Social Security No.:
   xxx−xx−4385

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I <u>Elizabeth Grassia</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

1121 Ellis Mill Road, Glassboro, NJ 08028

Dated: September 9, 2021
JAN: eag

                                                                      Jeanne Naughton
                                                                      Clerk