Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−15641−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Stephen J DiGiosa
  aka Stephen Joseph DiGiosa
  3111 Route 38
  Suite 11−277
  Mt Laurel, NJ 08054

Social Security No.:
  xxx−xx−4385

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 20, 2021.

Dated: October 20, 2021
JAN: kvr

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-15641-JNP

Stephen J DiGiosa  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Oct 20, 2021  Form ID: plncf13  Total Noticed: 76

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen J DiGiosa, 3111 Route 38, Suite 11-277, Mt Laurel, NJ 08054-9754 |
| r | + | Kristina Zingler, Re/Max Community, 100 N. Black Horse Pike, Suite 200D, Williamstown, NJ 08094-1483 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518130632 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518130633 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 518130641 | + | Borough of Glassboro, Rosemary A. Turner, C.T.C., 1 South Main Street, Glassboro, NJ 08028-2539 |
| 518199286 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518130636 | + | Consumer Cellular, 7204 SW Durham Road, Portland, OR 97224-7574 |
| 518212278 | + | Consumer Cellular, Attn Professional Credit Service, PO Box 7548, Springfield, OR 97475-0039 |
| 518130637 | + | Ebay, c/o Allied International Credit Corp., 6800 Paragon Place, Suite 400, Richmond, VA 23230-1654 |
| 518130638 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 518130639 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518130643 | + | HSBC Bank Nevada N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518130644 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518130645 | + | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |
| 518130646 | + | Lyons, Doughty & Veldhuis PC, PO Box 1269, Mt Laurel, NJ 08054-7269 |
| 518130650 | + | Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Turnpike, Suite 220, PO Box 9036, Syosset, NY 11791-9036 |
| 518130655 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler Felt & Warshaw, LLp, 7 Entin Rd., Parsippany, NJ 07054 |
| 518130653 | + | Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 518130659 | + | RCTA, PO Box 25, Glassboro, NJ 08028-0025 |
| 518130658 | + | Raymour & Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 518189057 | + | Richwood Crossing Townhome Assoc., Inc., Paul Leodori, Esq., 61 Union St., Medford, NJ 08055-2432 |
| 518130662 | | Surge Mastercard, P.O. Box 8099, Newark, DE 19714-8099 |
| 518130664 | + | Synchrony Bank, 120 Corporate Blvd Ste 1, Portfolio Recovery Assoc., Norfolk, VA 23502-4952 |
| 518130670 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 518130667 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518130668 | + | Thomas Murtha, 140 Corproate Blvd., Norfolk, VA 23502-4952 |
| 518130671 | + | Two Owings Mills Corp, 10461 Mill Run Circle, Suite 825, Owings Mills, MD 21117-5549 |
| 518240972 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518130676 | + | Wf/bobs Fn, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 19-15641-JNP    Doc 74    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc Imaged
                          Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 76 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| 518130631 | | Email/Text: bnc@alltran.com | Oct 20 2021 20:21:00 | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 518154505 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:35:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518130634 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:35:51 | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518130647 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 20:35:52 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518270690 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 20:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518130640 | + | Email/Text: fggbanko@fgny.com | Oct 20 2021 20:21:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518130642 | + | Email/Text: bankruptcy@affglo.com | Oct 20 2021 20:22:00 | Global Credit and Collection Corp, 5440 N Cumberland Avenue Suite 300, Chicago, IL 60656-1486 |
| 518201678 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2021 20:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518130635 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2021 20:35:48 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 518579339 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:36:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579338 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:35:51 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518130648 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2021 20:22:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 518198357 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2021 20:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518130649 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2021 20:22:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518182206 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2021 20:22:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518130651 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2021 20:22:00 | Overstock.com Inc., c/o Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 518263350 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:02 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518263349 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:02 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518266105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:11 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518263345 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:01 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518263339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:02 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518130655 | | Email/Text: signed.order@pfwattorneys.com | Oct 20 2021 20:21:00 | Pressler Felt & Warshaw, LLp, 7 Entin Rd., Parsippany, NJ 07054 |
| 518130652 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:35:48 | Paypal Credit Services, PO Box 5138, Timonium, MD 21094-5138 |
| 518130654 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | | |
|---|---|---|---|
| Case 19-15641-JNP | Doc 74 | Filed 10/22/21 | Entered 10/23/21 00:14:45 Desc Imaged |
| | Certificate of Notice | Page 4 of 5 | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 76 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 20 2021 20:35:50 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518196751 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2021 20:22:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518181169 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 20 2021 20:22:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518130657 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:35:59 | QVC, 1200 Wilson Drive at Studio Park, West Chester, PA 19380 |
| 518225218 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 20:22:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518130656 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 20 2021 20:22:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518250683 | + | Email/Text: bncmail@w-legal.com | Oct 20 2021 20:22:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518130660 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:36:10 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 518130661 | + | Email/Text: bankruptcy@sw-credit.com | Oct 20 2021 20:22:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 518130663 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2021 20:22:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518544084 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:35:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518130665 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:36:10 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 518133271 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:36:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518130666 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Oct 20 2021 20:35:46 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518148953 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 20:36:07 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518181742 | + | Email/Text: bncmail@w-legal.com | Oct 20 2021 20:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518182205 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2021 20:22:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518199046 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 20 2021 20:22:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518130672 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 20 2021 20:22:00 | Us Bk Rms Cc, Po Box 108, Saint Louis, MO 63166 |
| 518130673 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2021 20:21:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 518130674 | + | Email/Text: bankruptcy@webbank.com | Oct 20 2021 20:21:00 | Webbank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |
| 518130675 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 20 2021 20:22:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 47

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 76 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518130669 | ##+ | Thomas Murtha, Portfolio Recovery Associates, LLC, PO Box 283, Wenonah, NJ 08090-0283 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara J. Snavely | on behalf of Debtor Stephen J DiGiosa jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Stephen J DiGiosa jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6