| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Stephen J DiGiosa<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−4385<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19−15641−JNP | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Stephen J DiGiosa
  aka Stephen Joseph DiGiosa

<u>4/13/22</u>                                                                        **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 19-15641-JNP

Stephen J DiGiosa                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 3180W | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen J DiGiosa, 3111 Route 38, Suite 11-277, Mt Laurel, NJ 08054-9754 |
| r | + | Kristina Zingler, Re/Max Community, 100 N. Black Horse Pike, Suite 200D, Williamstown, NJ 08094-1483 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518130641 | + | Borough of Glassboro, Rosemary A. Turner, C.T.C., 1 South Main Street, Glassboro, NJ 08028-2539 |
| 518130636 | + | Consumer Cellular, 7204 SW Durham Road, Portland, OR 97224-7574 |
| 518212278 | + | Consumer Cellular, Attn Professional Credit Service, PO Box 7548, Springfield, OR 97475-0039 |
| 518130637 | + | Ebay, c/o Allied International Credit Corp., 6800 Paragon Place, Suite 400, Richmond, VA 23230-1654 |
| 518130638 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 518130643 | + | HSBC Bank Nevada N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518130644 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518130646 | + | Lyons, Doughty & Veldhuis PC, PO Box 1269, Mt Laurel, NJ 08054-7269 |
| 518130645 | + | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |
| 518130653 | ++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703 address filed with court:, Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106 |
| 518130659 | + | RCTA, PO Box 25, Glassboro, NJ 08028-0025 |
| 518130658 | + | Raymour & Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 518189057 | + | Richwood Crossing Townhome Assoc., Inc., Paul Leodori, Esq., 61 Union St., Medford, NJ 08055-2432 |
| 518130662 | | Surge Mastercard, P.O. Box 8099, Newark, DE 19714-8099 |
| 518130664 | + | Synchrony Bank, 120 Corporate Blvd Ste 1, Portfolio Recovery Assoc., Norfolk, VA 23502-4952 |
| 518130668 | + | Thomas Murtha, 140 Corproate Blvd., Norfolk, VA 23502-4952 |
| 518130671 | + | Two Owings Mills Corp, 10461 Mill Run Circle, Suite 825, Owings Mills, MD 21117-5549 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2022 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2022 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518130631 | | EDI: URSI.COM | Apr 14 2022 00:23:00 | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 518130632 | + | EDI: BANKAMER.COM | Apr 14 2022 00:23:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518130633 | + | EDI: TSYS2 | Apr 14 2022 00:23:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 518154505 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2022 20:25:22 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518130634 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-15641-JNP    Doc 80    Filed 04/15/22    Entered 04/16/22 00:12:38    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 3180W | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| | | Apr 13 2022 20:25:16 | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518199286 | + Email/Text: RASEBN@raslg.com | Apr 13 2022 20:20:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518130647 | + EDI: CITICORP.COM | Apr 14 2022 00:23:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518270690 | EDI: Q3G.COM | Apr 14 2022 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518130639 | + EDI: AMINFOFP.COM | Apr 14 2022 00:23:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518130640 | + Email/Text: fggbanko@fgny.com | Apr 13 2022 20:21:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518130642 | + Email/Text: bankruptcy@afflo.com | Apr 13 2022 20:21:00 | Global Credit and Collection Corp, 5440 N Cumberland Avenue Suite 300, Chicago, IL 60656-1486 |
| 518201678 | EDI: JEFFERSONCAP.COM | Apr 14 2022 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518130635 | EDI: JPMORGANCHASE | Apr 14 2022 00:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 518579339 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2022 20:25:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579338 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2022 20:25:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518130650 | Email/Text: Bankruptcy@mjrf.com | Apr 13 2022 20:20:00 | Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Turnpike, Suite 220, PO Box 9036, Syosset, NY 11791 |
| 518130648 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2022 20:21:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 518198357 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2022 20:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518130649 | + EDI: CBS7AVE | Apr 14 2022 00:23:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518182206 | + EDI: CBS7AVE | Apr 14 2022 00:23:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518130651 | + EDI: JEFFERSONCAP.COM | Apr 14 2022 00:23:00 | Overstock.com Inc., c/o Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 518130653 | Email/Text: bankruptcies@penncredit.com | Apr 13 2022 20:21:00 | Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106 |
| 518263350 | EDI: PRA.COM | Apr 14 2022 00:23:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518263349 | EDI: PRA.COM | Apr 14 2022 00:23:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518266105 | EDI: PRA.COM | Apr 14 2022 00:23:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518263345 | EDI: PRA.COM | Apr 14 2022 00:23:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518263339 | EDI: PRA.COM | Apr 14 2022 00:23:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518130655 | Email/Text: signed.order@pfwattorneys.com | Apr 13 2022 20:20:00 | Pressler Felt & Warshaw, LLp, 7 Entin Rd., |

Case 19-15641-JNP   Doc 80   Filed 04/15/22   Entered 04/16/22 00:12:38   Desc Imaged
                        Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 3180W | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| 518130652 | + EDI: RMSC.COM | | Parsippany, NJ 07054 |
| | | Apr 14 2022 00:23:00 | Paypal Credit Services, PO Box 5138, Timonium, MD 21094-5138 |
| 518130654 | + EDI: PRA.COM | | |
| | | Apr 14 2022 00:23:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518196751 | + EDI: JEFFERSONCAP.COM | | |
| | | Apr 14 2022 00:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518181169 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 13 2022 20:21:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518130657 | EDI: RMSC.COM | | |
| | | Apr 14 2022 00:23:00 | QVC, 1200 Wilson Drive at Studio Park, West Chester, PA 19380 |
| 518225218 | EDI: Q3G.COM | | |
| | | Apr 14 2022 00:23:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518130656 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 13 2022 20:21:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518250683 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 13 2022 20:21:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518130660 | EDI: RMSC.COM | | |
| | | Apr 14 2022 00:23:00 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 518130661 | + Email/Text: bankruptcy@sw-credit.com | | |
| | | Apr 13 2022 20:21:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 518130663 | + EDI: CBS7AVE | | |
| | | Apr 14 2022 00:23:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518544084 | + EDI: RMSC.COM | | |
| | | Apr 14 2022 00:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518130665 | + EDI: RMSC.COM | | |
| | | Apr 14 2022 00:23:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 518133271 | + EDI: RMSC.COM | | |
| | | Apr 14 2022 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518130666 | EDI: AISTMBL.COM | | |
| | | Apr 14 2022 00:23:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518148953 | + EDI: AIS.COM | | |
| | | Apr 14 2022 00:23:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518181742 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 13 2022 20:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518130670 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Apr 13 2022 20:21:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 518130667 | + EDI: WTRRNBANK.COM | | |
| | | Apr 14 2022 00:23:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518182205 | + EDI: CBS7AVE | | |
| | | Apr 14 2022 00:23:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518199046 | EDI: USBANKARS.COM | | |
| | | Apr 14 2022 00:23:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518130672 | EDI: USBANKARS.COM | | |
| | | Apr 14 2022 00:23:00 | Us Bk Rms Cc, Po Box 108, Saint Louis, MO 63166 |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 3180W | Total Noticed: 76 |

| 518130673 | + EDI: VERIZONCOMB.COM | Apr 14 2022 00:23:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 518130674 | + Email/Text: bankruptcy@webbank.com | Apr 13 2022 20:20:00 | Webbank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |
| 518130675 | + EDI: BLUESTEM | Apr 14 2022 00:23:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518240972 | EDI: WFFC.COM | Apr 14 2022 00:23:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518130676 | + EDI: WFFC.COM | Apr 14 2022 00:23:00 | Wf/bobs Fn, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518130669 | ##+ | Thomas Murtha, Portfolio Recovery Associates, LLC, PO Box 283, Wenonah, NJ 08090-0283 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barbara J. Snavely | on behalf of Debtor Stephen J DiGiosa jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Stephen J DiGiosa jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6